UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LENA SINGLETON** | * | **CIVIL ACTION NO. 19-01945** |
| | * | |
| **VERSUS** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | |
| **LIFE INSURANCE COMPANY OF** | * | **MAGISTRATE JUDGE JOSEPH** |
| **NORTH AMERICA** | * | **C. WILKINSON, JR.** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

New Orleans, Louisiana this 6th day of December, 2019.

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT COURT JUDGE**